UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ALVIN GLASGOW,

    Petitioner,

v.                                                              Case No: 5:22-cv-65-TPB-PRL

WARDEN, FCC COLEMAN –
LOW,

    Respondent.
_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Petitioner, a federal inmate incarcerated at the Coleman Federal Correctional Complex, initiated this civil action by filing a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1). In November 2015, a jury in the United States District Court, Eastern District of Virginia, found Petitioner guilty of ten counts related to the distribution of controlled substances and possession of firearms. *See United States v. Glasgow*, 675 F. App'x 237 (4th Cir. 2017). The Fourth Circuit Court of Appeals affirmed Petitioner's judgment in 2017. *Id.* He is currently in BOP custody, with a release date of June 2109. *See* Federal Bureau of Prisons, Inmate Search, available at www.bop.gov (last visited March 3, 2022).

In his § 2241 Petition, Petitioner challenges the legality of his

incarceration and argues he is actually innocent of the crimes for which he was convicted. *See generally* Doc. 1.

Rule 12(h)(3) of the Federal Rules of Civil Procedure provides that "[i]f the court determines at any time that it lacks subject matter jurisdiction, the court must dismiss the action." *See also* Rule 12, Rules Governing Section 2255 proceedings. The Eleventh Circuit has held that 28 U.S.C. § 2241 is not available to challenge the validity of a sentence except on very narrow grounds. *McCarthan v. Director of Goodwill Industries-Suncoast, Inc.*, 851 F.3d 1076, 1079 (11th Cir. 2017); *Bernard v. FCC Coleman Warden*, 686 F. App'x 730 (11th Cir. 2017) (citing *McCarthan*, 851 F.3d at 1092-93). None of those grounds are present in this case, and thus Petitioner is not entitled to proceed under § 2241. As such, this case is due to be dismissed.

Further, a review of Petitioner's pending cases shows he currently has a 28 U.S.C. § 2255 action pending in the Eastern District of Virginia. *See Glasgow v. United States*, No. 1:19-cv-82-LO (E.D. Va.). Petitioner should file his current claims with the Eastern District of Virginia in that pending case.

Accordingly, it is

**ORDERED AND ADJUDGED**:

1. This case is **DISMISSED without prejudice**.

2. The Clerk shall enter judgment accordingly, terminate any pending motions, and close this case.

**DONE AND ORDERED** at Tampa, Florida, this 3rd day of March, 2022.

_____
TOM BARBER
UNITED STATES DISTRICT JUDGE

Jax-7

C: Alvin Glasgow, #85699-083